Shirley HENSON, movant, v. COMMON-
WEALTH of Kentucky, opposed.

Court of Appeals of Kentucky.

Jan. 25, 1952.

Lyttle & White, Manchester, for movant.

A. E. Funk, Atty. Gen., Guy L. Dickinson, Asst. Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Clay Circuit Court. Judgment of conviction for possession and sale of whiskey in Local Option Territory and imposing sentence of $100 fine and 30 days in jail.

Appeal denied. Judgment affirmed.